

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00289-CV

TEJANO CENTER FOR COMMUNITY CONCERNS, INC. D/B/A RAUL YZAGUIRRE
CHARTER SCHOOL FOR SUCCESS AND JOHN DOE
v.
LAURA OLVERA, INDIVIDUALLY AND AS NEXT FRIEND OF LIZBETH OLVERA

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Cause No. 2011-CCL-01348

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 29, 2014